■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN PATTERSON, Appellant. [624 NYS2d 938] —Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered September 20, 1993, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (see, *People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility as well as the weight to be accorded the evidence presented are primarily questions to be determined by the jury which saw and heard the witnesses (see, *People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal unless clearly unsupported by the record (see, *People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence.

We have examined the defendant's remaining contentions and find them to be without merit. Lawrence, J. P., Pizzuto, Joy and Altman, JJ., concur.